IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLENE D. VAUGHN                                                                         PLAINTIFF

VS.                                    CASE NO. 4:04CV00687 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. No objections have been filed. After careful review of the findings and recommendations, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED 15th day of August, 2005.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE