IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLENE D. VAUGHN                                                                      PLAINTIFF

VS.                              CASE NO. 4:04CV00687 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and the Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 15th day of August, 2005.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE